**STATE of Missouri, Respondent,**

v.

**Gregory A. EDWARDS, Appellant.**

**No. ED 88779.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 30, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 18, 2007.

Application for Transfer to Denied
Jan. 22, 2008.

Michael F. Jones, Clayton, MO, for Appellant.

Erin M. Cobb, Assistant Circuit Attorney, St. Louis, MO, for Respondent.

Before ROY L. RICHTER, P.J.,
CLIFFORD H. AHRENS, J. and
GLENN A. NORTON, J.

***ORDER***

PER CURIAM.

Gregory Edwards appeals the judgment entered upon a jury verdict convicting him of child molestation in the second degree. We find that Edwards has failed to show he was prejudiced by the trial court's ruling granting the State's motion to strike a juror for cause. We also find that the trial court did not abuse its discretion in submitting the "hammer instruction" to the jury.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

The judgment of the trial court is affirmed under Rule 30.25(b).